N. A. N. A., INC., Appellant, *v.* LAKE AND DANENHOWER, INC., Respondent.

(Argued October 17, 1933; decided November 21, 1933.)

*Charles E. Kelley* and *Christian S. Lorentzen* for appellant.

*John S. Chapman, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion. (See 263 N. Y. 669.)

Concur; POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN and KELLOGG, JJ.